UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs. | § | CRIMINAL NO. B-22-442 |
| NALLELY VILLARREAL | § | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUN 7 2022

NATHAN OCHSNER
CLERK OF COURT

## INDICTMENT

THE GRAND JURY CHARGES:

On or about May 3, 2022, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**NALLELY VILLARREAL,**

previously having been charged with violating Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B), and Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2, both violations being a felony punishable by imprisonment for a term of 5 to 40 years, and having been released from custody on bond, pursuant to the provisions of Chapter 207, Title 18, United States Code, on the condition that she appear in the United States District Court at Brownsville, Texas, in connection with said charges, did knowingly fail to appear as required.

In violation of Title 18, United States Code, Section 3146(a) and 3146(b)(1)(A)(ii).

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
MEGAN EYES
Assistant United States Attorney